IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LUNA,

      Plaintiff,                      No. CIV S-06-0389 MCE JFM P

      vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

      Defendants.              ORDER

/

       Plaintiff has requested an extension of time to file a motion to proceed in forma pauperis pursuant to the court's order of March 24, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's April 19, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file a motion to proceed in forma pauperis.

DATED: May 4, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
luna0389.36