1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID LUNA,

11            Plaintiff,                    No. CIV S-06-0389 MCE JFM P

12       vs.

13   SACRAMENTO COUNTY
     SHERIFF'S DEPARTMENT, et al.,
14
              Defendants.              ORDER
15   _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  By order filed March 24, 2006, plaintiff's original application to proceed in

18   forma pauperis pursuant to 28 U.S.C. § 1915 was dismissed with leave to file a new application

19   on the form used by this district, together with a certified copy of his inmate trust account

20   statement for the sixth month period immediately proceeding the filing of plaintiff's complaint.

21   On May 30, 2006, plaintiff filed a new motion to proceed in forma pauperis.  The new motion is

22   not on the form used by this district.  As the court explained in its previous order, use of the form

23   assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light

24   of 28 U.S.C. § 1915 (b)(1) and (2).  Accordingly, plaintiff's new application will be dismissed

25   /////

26   /////

                                              1

1  and plaintiff will be provided one final opportunity to submit the application on the appropriate

2  form.[1]

3                   In accordance with the above, IT IS HEREBY ORDERED that:

4                   1.  Plaintiff's May 30, 2006 motion to proceed in forma pauperis is dismissed

5  without prejudice;

6                   2.  The Clerk of the Court is directed to send plaintiff a new Application to

7  Proceed In Forma Pauperis By a Prisoner; and

8                   3.  Plaintiff shall submit, within thirty days from the date of this order, a

9  completed application to proceed in forma pauperis on the form provided with this order.

10  Plaintiff's failure to comply with this order will result in a recommendation that this action be

11  dismissed without prejudice.

12  DATED: June 15, 2006.

13

14                                     _____

15                            UNITED STATES MAGISTRATE JUDGE

16  12/mp

17  luna0389.3djfm(2)

18

19

20

21

22

23

24

25

26      [1]  Plaintiff has provided with his May 30, 2006 motion a certified copy of his inmate trust account statement and need not provide another statement.

2