IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LUNA,

       Plaintiff,                         No. CIV S-06-0389 MCE JFM P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

       Defendants.              FINDINGS AND RECOMMENDATIONS
_____/

        By an order filed June 16, 2006, plaintiff was ordered to file within thirty days an in forma pauperis application on the form used by this court and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed the required application or responded in any other way to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
luna0389.fifp