IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LUNA,                              No. 2:06-cv-0389-MCE-JFM-P

    Plaintiff,

  v.                                     <u>ORDER</u>

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendants.
_____/

    Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 27, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1 Neither party has filed objections to the Findings and
2 Recommendations.
3     Although it appears from the file that Plaintiff's copy of
4 the Findings and Recommendations was returned, Plaintiff was
5 properly served.  It is the Plaintiff's responsibility to keep
6 the Court apprised of his current address at all times.  Pursuant
7 to Local Rule 83-182(f), service of documents at the record
8 address of the party is fully effective.
9     The Court has reviewed the file and finds the Findings and
10 Recommendations to be supported by the record and by the
11 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
12 that:
13     1.  The Findings and Recommendations filed July 27, 2006,
14 are adopted in full; and
15     2.  This action is dismissed without prejudice.
16 DATED: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2